

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br> v. </br></br> Abraham MONTANO (D1), </br> and </br> Chelsea ARAMBULA (D2), </br></br> Defendants. | Magistrate Case No. 21MJ1223 </br></br> COMPLAINT FOR VIOLATION OF: </br></br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- </br> Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about March 29, 2021 within the Southern District of California, defendants Abraham MONTANO (D1) and Chelsea ARAMBULA (D2), with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Roman Garcia Sanchez and O.F.G., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 30th of March 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Roman GARCIA Sanchez and O.F.G. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 29, 2021 at approximately 11:45 A.M., Abraham MONTANO (D1) and Chelsea ARAMBULA (D2) applied for admission into the United States from Mexico via the vehicle primary lanes at the San Ysidro Port of Entry. D1 was the driver of a 2000 Chevy Lumina. Upon inspection before a United States Customs and Border Protection (CBP) Officer, D1 presented his valid California identification card and D2 presented a photo from her cell phone of her California identification card. D1 stated to the CBP Officer that he had nothing to declare and they were traveling to Chula Vista. The CBP Officer elected to refer both Defendants and the vehicle to secondary for further inspection.

In secondary inspection, D1 drove the vehicle through an x-ray device where the operating officer detected anomalies in the rear cargo area of the vehicle. D1 and D2 were removed from the vehicle and escorted to a secured office. CBP Officers opened the trunk and assisted in the removal of two male individuals out of the vehicle. The individuals were found to be a citizens of Mexico with no entitlements to enter the United States. The males are now being held as a Material Witnesses and identified as Roman GARCIA Sanchez and O.F.G.

D1 was advised of his Miranda Rights and agreed to answer questions without an attorney present. D1 denied knowledge of the concealed persons in the vehicle he was a driver in. D1 stated he let an un unknown male this morning barrow the keys to the vehicle he was driving at Plaza Rio in Tijuana. D1 stated he lives in Tijuana, Mexico with D2. D1 stated he was driving to Chula Vista for his girlfriend's appointment.

D2 was advised of her Miranda Rights and agreed to answer questions without an attorney present. D2 denied knowledge of the concealed persons in the vehicle she was a passenger in. D2 admitted she lives in Mexico with D1. D2 admitted she agreed to transport money from the United States to Mexico. D2 stated she traveled with her boyfriend to Plaza Rio to have a GPS installed in her car by a money transport team. D2 admitted they gave the car to an unknown male. D2 admitted once the unknown male returned, they drove the car to the San Ysidro Port of Entry. D2 stated D1 was aware and agreed to pick up money with her in

Chula Vista and subsequently transport it to Tijuana, Mexico. D2 stated she would be paid 10% of the amount of money she would be delivering.

Interviews were conducted with the Material Witnesses, who admitted to being citizens of Mexico without legal documents to enter the United States. Material Witnesses admitted they were to pay between $18,000.00 USD and an unknown amount to be smuggled into the United States. Both Material Witnesses stated they intended to travel to California.